# United States District Court

for the

Southern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | |
| Arturo BURUATO | ) | Case Number: |
| Zapata, TX | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 5, 2017** in the county of **Webb County** in the **Southern** District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | Did unlawfully transport and move, and conspired to transport and move, Mexican national Jorge MARTINEZ-Espinoza and five (5) other undocumented aliens by means of a motor vehicle or otherwise within the Southern District of Texas, knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported and moved said aliens in furtherance of such violation of law |

This criminal complaint is based on these facts:

See attachment "A".

[X] Continued on the attached sheet.

Complainant's Signature

Complainant Edgar Flores
sworn and attested before me
on July 7, 2017,
at Laredo, Texas.

Guillermo R. Garcia
United States Magistrate Judge

UNITED STATES OF AMERICA                                                                          Page 2
        V.
    Arturo BURUATO

[CONT OF BASIS OF COMPLAINT]

On July 5, 2017, at approximately 5:22 P.M., a Border Patrol Agent (BPA) assigned to the United States Border Patrol (USBP) Laredo South Station responded to a request for assistance from the Webb County Sheriff's Office (WCSO) on Northbound Highway 83 near Santa Fe Ranch in Webb County, Texas.

When the BPA arrived on scene, a WCSO Deputy had a White 2008 Chevrolet Tahoe pulled over. The WCSO Deputy had pulled over the vehicle after a traffic violation and identified the driver of the vehicle as Arturo Buruato.  The WCSO deputy discoverd a male subject later identified as Jorge MARTINEZ-Espinoza concealing himself between the front and back seats of the vehicle.  The BPA conducted an immigration inspection of the subjects and concluded that the driver is a United States Citizen and the passengers are citizens and nationals of Mexico with no legal right to be or remain in the United States.

USBP agents took Buruato into custody along with the six (6) undocumented aliens (UDAs). USBP agents then contacted Homeland Security Investigation (HSI) special agents (SA) for investigative assistance with the case.

Buruato was advised of his Miranda Warnings, to which he waived and agreed to talk to HSI SAs without a lawyer present. Buruato stated he agreed to transport the UDAs and would be paid two hundred and fifty dollars ($250) for every UDA he transported to Laredo, Texas.

Material witness Jorge MARTINEZ-Espinoza stated he paid money to be smuggled into the United States. MARTINEZ stated Buruato arrived at the stash house and instructed him to get into the white Tahoe.  MARTINEZ identified Buruato as the bald heavy set male wearing a black shirt, shorts and sandals.